1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case # 3:21-cv-00084-HDM-CLB
_____

Ex Parte Application of Wexford Labs, Inc.

    Plaintiff(s),

  vs.

    Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

  Joseph A. Unis, Jr. _____, Petitioner, respectfully represents to the Court:
   (name of petitioner)

  1.  That Petitioner is an attorney at law and a member of the law firm of

Locke Lord LLP
_____
       (firm name)

with offices at _____ 2200 Ros sAve.,  Suite 2800 _____,
       (street address)

_____ Dallas _____,  _____ Texas _____, 75201
  (city)      (state)   (zip code)

_____ (214) 740-8000 _____, junis@lockelord.com _____.
(area code + telephone number)   (Email address)

  2.  That Petitioner has been retained personally or as a member of the law firm by

Wexford Labs, Inc. _____ to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since __November 4, 2011__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Texas__
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Texas Northern District Court | January 2, 2013 | |
| Texas Eastern District Court | August 31, 2012 | |
| Texas Southern District | January 2, 2013 | 1682190 |
| Texas Western District | December 3, 2012 | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Texas
Texas Bar No. 24075625

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                          _____
                                                              Petitioner's signature

STATE OF _____Texas_____ )

5   COUNTY OF _____Dallas_____ )

6

7   _____Joseph A. Unis_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                          _____
                                                              Petitioner's signature

10   Subscribed and sworn to before me this

11   23ʳᵈ day of February, 2021.

12

13   _____
              Notary Public or Clerk of Court

RICK L. HAGERICH
My Notary ID # 11751981
Expires October 28, 2023

14

15

16   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
     THE BAR OF THIS COURT AND CONSENT THERETO.**

17   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____Dane W. Anderson_____,
                                                                                  (name of local counsel)
19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   _____6100 Neil Road, Suite 500_____,
                      (street address)

24   _____Reno_____,     _____Vermont_____     _____89511-1159_____,
              (city)                    (state)                    (zip code)

25

26   _____775-688-3018_____     _____danderson@woodburnandwedge.com_____,
     (area code + telephone number)              (Email address)

27

28                                      4                                      Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ Dane W. Anderson _____ as

    (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____

    (party's signature)

11  Jeffrey Singer, CEO, Wexford Labs, Inc.

12  (type or print party name, title)

13  _____

    (party's signature)

14

15  C&O

    (type or print party name, title)

16

17  **CONSENT OF DESIGNEE**

18  The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20  _____

    Designated Resident Nevada Counsel's signature

21  6883                              danderson@woodburnandwedge.com

22  Bar number                        Email address

23  The application is APPROVED subject to the applicant filing a notice of corrected

    image correcting the state of the resident attorney's address on or before March 2, 2021.

24

    Dated: this __25th__ day of __February__, 20_21_.

25

26  _____

    UNITED STATES DISTRICT JUDGE

27

28                              5                              Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 19, 2021

Re: Joseph Anthony Unis Jr., State Bar Number 24075625

To Whom It May Concern:

This is to certify that Joseph Anthony Unis Jr. was licensed to practice law in Texas on November 04, 2011, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web